Leon Greenberg, Esq. NSB 8094
Dana Sniegocki, Esq. NSB 11715
Leon Greenberg Professional Corporation
2965 S. Jones Boulevard - Suite E-3
Las Vegas, Nevada 89146
(702)383-6085
Fax: (702)385-1827

James P. Kemp, Esq. NSB 6375
Kemp & Kemp, Attorneys At Law
7435 West Azure Drive - Suite 110
Las Vegas, NV 89130
Telephone (702) 258-1183

Jason D. Mills, Esq. NSB 7447
Jason D. Mills & Associates
2200 S. Rancho Drive Suite 140
Las Vegas, Nevada 89102
Telephone (702) 822-4444

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

---

DOUGLAS CRUZ and LAURA J. BUCKLEY, individually and on behalf of all others similarly situated,

    Plaintiffs,

-against-

JOSEPH (JD) DECKER, in his individual capacity,

    Defendant.

---

Case No.: 2-19-cv-00265 JAD-NJK

**STIPULATION AND ORDER EXTENDING BRIEFING ON DEFENDANT'S MOTION TO DISMISS**

Plaintiffs and Defendant, by and through their respective counsel of record, hereby stipulate and agree to extend the briefing on Defendant's Motion to Dismiss (ECF No. 7) as follows:

Plaintiffs shall have until May 10, 2019 to file their Response in Opposition to Defendant's Motion to Dismiss. This constitutes a 30-day extension.

1

Defendant shall have until June 10, 2019 to file his Reply in Support of his Motion to Dismiss.  This constitutes a 24-day extension.

The above request for briefing extensions is made in good faith, to accommodate the schedules of the parties' counsel, and not for the purpose of delay.

DATED this 8th day of April, 2019.

| LEON GREENBERG PROFESSIONAL CORP. | STATE OF NEVADA, OFFICE OF THE ATTORNY GENERAL |
|---|---|
| By: /s/ *Leon Greenberg* <br> Leon Greenberg   #8094 <br> Dana Sniegocki   #11715 <br> 2965 South Jones Blvd., Ste. E-3 <br> Las Vegas, Nevada 89146 <br> Tel:   (702) 383-6085 <br> Fax:   (702) 385-1827 | By: /s/ *Theresa M. Haar* <br> Theresa M. Haar   #12158 <br> 555 E. Washington Ave. <br> Suite 3900 <br> Las Vegas, Nevada 89101 <br> Tel: (702) 486-3268 <br> Fax: (702) 486-3773 |
| Attorneys for Plaintiffs | Attorney for Defendant |

**ORDER**

IT IS SO ORDERED

Dated: April 10, 2019.

_____
UNITED STATES DISTRICT
COURT JUDGE