Leon Greenberg, Esq. NSB 8094
Dana Sniegocki, Esq. NSB 11715
Leon Greenberg Professional Corporation
2965 S. Jones Boulevard - Suite E-3
Las Vegas, Nevada 89146
(702)383-6085
Fax: (702)385-1827

James P. Kemp, Esq. NSB 6375
Kemp & Kemp, Attorneys At Law
7435 West Azure Drive - Suite 110
Las Vegas, NV 89130
Telephone (702) 258-1183

Jason D. Mills, Esq. NSB 7447
Jason D. Mills & Associates
2200 S. Rancho Drive Suite 140
Las Vegas, Nevada 89102
Telephone (702) 822-4444

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

---------------------------------------------------X  Case No.: 2-19-cv-00265 JAD-NJK

DOUGLAS CRUZ and LAURA J. BUCKLEY, individually and on behalf of all others similarly situated,

**STIPULATION AND ORDER EXTENDING BRIEFING ON DEFENDANT'S MOTION TO DISMISS**

Plaintiffs,

-against-

**SECOND REQUEST**

JOSEPH (JD) DECKER, in his individual capacity,

Defendant.
---------------------------------------------------X

Plaintiffs and Defendant, by and through their respective counsel of record, hereby stipulate and agree to extend the briefing on Defendant's Motion to Dismiss (ECF No. 7) as follows:

Plaintiffs' Response in Opposition to Defendant's Motion to Dismiss is due on May 10, 2019 pursuant to the Court's Order of April 11, 2019. ECF No. 9. The parties stipulate and agree that Plaintiffs shall have until **May 24, 2019** to file their

1

Response in Opposition to Defendant's Motion to Dismiss. This constitutes a week extension.

Defendant's Reply in Support of his Motion to Dismiss is due June 10, 2019. *Id.* The parties stipulate and agree that Defendant Shall have until **June 24, 2019** to file his Reply. This constitutes a 24-day extension.

Plaintiffs' counsel is currently preparing for a trial which is set to begin in four weeks and also tending to pressing litigation deadlines in other matters. Accordingly, the above request for briefing extensions is made in good faith and not for the purpose of delay.

DATED this 3rd day of May, 2019.

| LEON GREENBERG PROFESSIONAL CORP. | STATE OF NEVADA, OFFICE OF THE ATTORNY GENERAL |
|---|---|
| By: /s/ *Leon Greenberg*<br>Leon Greenberg #8094<br>Dana Sniegocki #11715<br>2965 South Jones Blvd., Ste. E-3<br>Las Vegas, Nevada 89146<br>Tel: (702) 383-6085<br>Fax: (702) 385-1827 | By: /s/ *Theresa M. Haar*<br>Theresa M. Haar #12158<br>555 E. Washington Ave.<br>Suite 3900<br>Las Vegas, Nevada 89101<br>Tel: (702) 486-3268<br>Fax: (702) 486-3773 |
| Attorneys for Plaintiffs | Attorney for Defendant |

### **ORDER**

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE
Dated: May 6, 2019.