AARON D. FORD
  Attorney General
STEVE SHEVORSKI (Bar No. 8256)
  Head of Complex Litigation
THERESA M. HAAR (Bar No. 12158)
  Senior Deputy Attorney General
State of Nevada
Office of the Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, NV 89101-1068
(702) 486-3792 (phone)
(702) 486-3773 (fax)
sshevorski@ag.nv.gov
thaar@ag.nv.gov

*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DOUGLAS CRUZ and LAURA J. BUCKLEY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>JOSEPH (JD) DECKER, in his individual capacity,<br><br>Defendant. | Case No. 2:19-cv-00265-JAD-NJK<br><br>**STIPULATION TO EXTEND TIME TO FILE DEFENDANT'S REPLY IN SUPPORT OF HIS MOTION TO DISMISS – FIRST REQUEST** |

IT IS HEREBY STIPULATED AND AGREED by and between Attorney General Aaron D. Ford and Senior Deputy Attorney General Theresa M. Haar, counsel for Defendant, Joseph Decker, and Leon Greenberg, Esq., counsel for Plaintiffs Douglas Cruz and Laura J. Buckley, that Defendant shall have up to and including **July 19, 2019**, in which to file his Reply to the Response to Defendant's Motion to Dismiss.

Counsel for Defendant is currently defending the Department of Taxation in a Preliminary Injunction evidentiary hearing pertaining to retail marijuana license applications in the Eighth Judicial District Court that began on May 24, 2019, and has continued week to week since then, and is scheduled to continue through July (*Serenity Wellness Center, et al.*, A-19-786962-B). Additionally, counsel for Defendant has a Nevada

Supreme Court oral argument on July 1, 2019 in Carson City (*Board of Parole Commissioners v. Second Judicial District Court*, NSC 76024) and a Ninth Circuit Court of Appeals oral argument on July 8, 2019 in Seattle (*Vargas v. Howell, et al.*, No. 18-15513).

This request for extension of time is made in good faith. This request for extension of time is not made for purposes of delay or any other improper purpose.

DATED this 21st day of June, 2019.    DATED this 21st day of June, 2019.

LEON GREENBERG    AARON D. FORD
PROFESSIONAL CORPORATION    Attorney General


By:  /s/ Leon Greenberg    By:  /s/ Theresa M. Haar
    Leon Greenberg, Esq. (Bar No. 8094)        THERESA M. HAAR (Bar No. 12158)
    Dana Sniegock1, Esq. (Bar No.11715)        Senior Deputy Attorney General
    2965 S. Jones Blvd., Ste. E-3        555 E. Washington Ave., Ste. 3900
    Las Vegas, Nevada 89146        Las Vegas, NV 89101
        *Attorney for Defendant*

James P. Kemp, Esq.
Kemp & Kemp
7435 W. Azure Dr., Ste. 110
Las Vegas, Nevada 89130

Jason D. Mills, Esq.
Neeman & Mills
7435 W. Azure Dr., Ste. 110
Las Vegas, Nevada 89130

*Attorneys for Plaintiffs*

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Dated: June 25, 2019.