AO450 (NVD Rev. 2/18) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Douglas Cruz, et al.,

           Plaintiffs,

v.

Joseph Decker,

           Defendant.

JUDGMENT IN A CIVIL CASE

Case Number: 2:19-cv-00265-JAD-NJK

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is entered in favor of Defendant and against Plaintiffs. This action is dismissed.

3/31/2020
Date

DEBRA K. KEMPI
Clerk

/s/ M. Reyes
Deputy Clerk